IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CLARENCE ROBINSON                                              PLAINTIFF

v.                          No. 2:23-cv-109-DPM-PSH

E. KESSEL, Warden FCI Forrest City                            DEFENDANT

## ORDER

I recuse. Joshua Newton is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

10 July 2023