IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CLARENCE ROBINSON**  **PETITIONER**
*Reg. #02476-095*

v.   CASE NO. 2:23-CV-00109-BSM

**C. GARRETT, Warden,**
**FCI Forrest City**  **RESPONDENT**

### ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 14] is adopted. Clarence Robinson's petition [Doc. No. 1] is dismissed for failure to exhaust administrative remedies, and this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE