IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CLARENCE ROBINSON**　　　　　　　　　　　　　　　　**PETITIONER**
*Reg. #02476-095*

v.　　　　　　　　　CASE NO. 2:23-CV-00109-BSM

**C. GARRETT, Warden,**
**FCI Forrest City**　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE